NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ZOND LLC,**
*Appellant*

v.

**THE GILLETTE COMPANY, ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION,**
*Appellees*

2016-1234, -1235, -1236, -1245, -1246

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00981, IPR2014-00984, IPR2014-00988, IPR2014-01083, IPR2014-01086, IPR2014-01087, IPR2014-00781, IPR2014-00782, IPR2014-00845, IPR2014-00850, IPR2014-00985, IPR2014-00986, IPR2014-01047, and IPR2014-01059.

-------------------------------------------------------------------------------

**ZOND LLC,**
*Appellant*

v.

**THE GILLETTE COMPANY, ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION,**
*Appellees*

_____

2016-1327, -1328, -1419, -1420

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00477, IPR2014-00479, IPR2014-00799, IPR2014-00803, IPR2014-00855, IPR2014-00858, IPR2014-00995, IPR2014-00996, IPR2014-01042, and IPR2014-01061.

-------------------------------------------------------------------------------

**ZOND LLC,**
*Appellant*

v.

**ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,**
*Appellees*

_____

2016-1389, -1391, -1433, -1436, -1437, -1440, -1441
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00578, IPR2014-00604, IPR2014-00818, IPR2014-00819, IPR2014-00821, IPR2014-00827, IPR2014-00863, IPR2014-00865, IPR2014-00866, IPR2014-00867, IPR2014-01012, IPR2014-01013, IPR2014-01014, IPR2014-01015, IPR2014-01016, IPR2014-01046, IPR2014-01057, IPR2014-01063, IPR2014-01075, IPR2014-01098, IPR2014-01482, and IPR2014-01494.

------------------------------------------------------------------------------------

**ZOND LLC,**
*Appellant*

v.

**ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,**
*Appellees*

_____

2016-1393, -1394, -1395, -1398
_____

4                              ZOND LLC v. THE GILLETTE COMPANY

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00807, IPR2014-00808, IPR2014-00846, IPR2014-00849, IPR2014-00972, IPR2014-00973, IPR2014-00974, IPR2014-00975, IPR2014-01065, IPR2014-01067, IPR2014-01099, and IPR2014-01100.

-------------------------------------------------------------------------------

**ZOND LLC,**
*Appellant*

v.

**ADVANCED MICRO DEVICES, INC., RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA CORPORATION, THE GILLETTE COMPANY,**
*Appellees*

---

2016-1423, -1424, -1427, -1428, -1429

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00580, IPR2014-00726, IPR2014-00800, IPR2014-00802, IPR2014-00805, IPR2014-00844, IPR2014-00848, IPR2014-00851, IPR2014-00990, IPR2014-00991, IPR2014-00992, IPR2014-01037, IPR2014-01069, IPR2014-01071, IPR2014-01479, and IPR2014-01481.

---

**O R D E R**

Fujitsu Semiconductor Limited and Fujitsu Electronics America, Inc. move unopposed to withdraw from the above-captioned appeals.

Accordingly,

IT IS ORDERED THAT:

The motions are granted. The revised official captions are reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25